

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-75,951

### EX PARTE RAYMOND GABRIEL ADAME, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F98-02753-JS IN THE 282ND DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance with intent to deliver and sentenced to fifteen years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Adame v. State*, No. 05-99-00997-CR (Tex. App.–Dallas, Dec. 11, 2000, no pet.).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to advise him of his right to file a petition for discretionary review *pro se.* The trial court has

entered findings of fact and conclusions of law that Applicant was denied his right to file a *pro se* petition for discretionary review. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fifth Court of Appeals in Cause No. 05-99-00997-CR that affirmed his conviction in Case No. F98-02753-JS from the 282nd Judicial District Court of Dallas County. Applicant shall file his petition for discretionary review with the Fifth Court of Appeals within 30 days of the date on which this Court's mandate issues. Applicant's remaining claims are dismissed. *Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Delivered: June 25, 2008
Do not publish